Case 5:26-cv-00056 Document 4 Filed 01/15/26 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | |
|---|---|
| **PEDRO SALAS,** § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:26-CV-00056** |
| § | |
| **BRET BRADFORD, ET AL.,** § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus, (Dkt. No. 1). Petitioner challenges the constitutionality of his detention in federal immigration custody.

Based upon a review of the petition, the Court **ORDERS** Respondents to file a response to the petition and serve their response on Petitioner **no later than January 27, 2026**. 28 U.S.C. § 2243. Should Petitioner wish to file a reply, they must do so **no later than February 3, 2026**. Petitioner names Bret Bradford, ICE Field Office Director of Enforcement and Removal Operations, Houston Field Office; Kristi Noem, Secretary of the U.S. Department of Homeland Security; the U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; the Executive Office for Immigration Review; and Mario Garcia, Warden of Webb County Detention Center, as Respondents.

Petitioner's Certificate of Service reflects that Petitioner served his petition, (Dkt. No. 1), on the U.S. Attorney's Office for the Southern District of Texas and the Warden of the Webb County Detention Center. (*Id.* at 15). Therefore, the Clerk of Court is **DIRECTED** to serve copies of the Petition, (Dkt. No. 1), and this Order on the remaining respondents via certified mail, return receipt requested.

- Respondent Bret Bradford or his designee may be served at ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington DC 20536-5900.

- Respondent Kristi Noem or her designee may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr

Ave SE, Mail Stop 0485, Washington, DC 20528-0485.

- Respondent U.S. Department of Homeland Security may be served at U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr Ave SE, Mail Stop 0485, Washington, DC 20528-0485.
- Respondent Pamela Bondi or her designee may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.
- Respondent Executive Office for Immigration Review may be served at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

The Clerk is also **DIRECTED** to serve a copy of this Petition, (Dkt. No. 1), and this Order on the Civil Process Clerk at the United States Attorney's Office in Laredo, who may be served at 11204 McPherson Road, Suite 100A, Laredo, Texas 78045 via certified mail, return receipt requested. Respondents will not be served further notice of activity on this docket automatically. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

Additionally, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** before any such transfer.

It is so **ORDERED**.

**SIGNED** on January 15, 2026.

_John A. Kazen_
John A. Kazen
United States District Judge