United States District Court
Southern District of Texas
**ENTERED**
January 30, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| PEDRO SALAS,<br>　　Petitioner,<br><br>V.<br><br>BRET BRADFORD, et al.,<br>　　Respondents. | §<br>§<br>§<br>§　CIVIL ACTION NO. 5:26-CV-00056<br>§<br>§<br>§ |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment, (Dkt. No. 14).

The Court **ORDERS** the parties to file supplemental briefing by **February 6, 2026**, addressing the following:

1. The current status of Petitioner's pending removal proceedings and the effect of any change in circumstances on the adjudication of this petition;

2. The applicability of the Ninth Circuit's recent opinion in *Nat'l TPS All. v. Noem*, No. 25-5724, slip. op. (9th Cir. Jan. 28, 2026).

It is so **ORDERED**.

**SIGNED** on January 30, 2026.

_____
John A. Kazen
United States District Judge